**Tides Jerry NEWTON, III,
Plaintiff—Appellant,**

v.

Sergeant PHILLIPS; Counselor Jesse; Counselor Duffy; Lieutenant Fowler; Major Fleming; L. Fleming; Sergeant O'Quinn; C/O Counts; Lieutenant Honaker; Carl Yates; Rick Wiandt, a/k/a Wiandt; Warden Braxton; Mr. Huffman; Central Classification Board; R.A. Young, Regional Director; Lieutenant Robinson; Larry Delp, a/k/a Delp; Kenneth Moore, Special Agent; Ron Angelone; Gene Johnson; J. William, Defendants—Appellees,

and

Sergeant AUSTIN; the Office of the Inspector General; Grievance Officer; Human Rights Activists; S. Caudill, a/k/a Mr. Caudill; James M. Leslie, Special Agent; John 1–3 Does; J. Ely; B. Edmonds; P. Saul, Defendants.

No. 04–7801.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2005.

Decided: March 8, 2005.

Tides Jerry Newton, III, Appellant pro se.

Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tides Jerry Newton, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Newton v. Phillips,* No. CA–02–1230 (W.D.Va. Oct. 1, 2004). We deny Newton's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*